

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 17th day of June, 2015, the cause on appeal to revise or reverse the judgment between

FABULOUS GRINGOS, LLC., D/B/A GLOBAL DESIGN GROUP, Appellant

No. 05-15-00676-CV      V.

FEDEX TECHCONNECT, INC., Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas.
Trial Court Cause No. CC-14-03664-D.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers, participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the trial court's default judgment is **VACATED** and the case is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FEDEX TECHCONNECT, INC. recover its costs of this appeal from appellant FABULOUS GRINGOS, LLC., D/B/A GLOBAL DESIGN GROUP.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 27th day of August, 2015.



LISA MATZ, Clerk